■ CARL R. MESSINA, Plaintiff, v O'SHANTER RESOURCES, INC., Defendant and Third-Party Plaintiff-Respondent. SECURITY CREDIT SYSTEMS, INC., Third-Party Defendant-Appellant. [793 NYS2d 818]—Appeal from an order of the Supreme Court, Erie County (Patrick H. NeMoyer, J.), entered November 21, 2003. The order granted the cross motion of third-party plaintiff for summary judgment on its indemnification claim against third-party defendant.

It is hereby ordered that the order so appealed from be and the same hereby is unanimously affirmed with costs for reasons stated in decision at Supreme Court. Present—Hurlbutt, J.P., Scudder, Gorski, Pine and Lawton, JJ.